THE PEOPLE ex rel. JAMES KEDIAN and another, Respondents, v. WILLIAM H. NEILSON, President of the Board of Education, and others, Appellants.

*Trustees of the college of New York — bills incurred by — audit of.*

The charter of the city of New York confers no authority upon the auditor of the said city to audit, or upon the comptroller to draw warrants for the payment of, bills for work performed in pursuance of the directions of the board of education, acting as trustees of the college of the city of New York.

APPEAL from an order, made at the Special Term, directing a mandamus to issue against the appellants.

*E. Delafield Smith,* for the appellants.

*James W. Gerard,* for the respondents.

Opinion by LAWRENCE, J.

DAVIS, P. J., concurred; DANIELS, J., concurred in the result.

Order affirmed as to the appellant, Neilson, and reversed as to Earle and Green, without costs, with leave to respondents to apply for a mandamus against the clerk of the board of education to compel him to sign the draft of the president of the board.